FILED ___ LODGED
___ RECEIVED ___ COPY

JUL 28 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY M. RESTAINO
United States Attorney
District of Arizona

GAYLE L. HELART
California State Bar No. 151861
LEIGHANN M. THOMAS
Illinois State Bar No. 6327687
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Avenue, Suite 1200
Phoenix, Arizona 85004-4408
Telephone (602) 514-7500
Email: gayle.helart@usdoj.gov
Email: LeighAnn.Thomas@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-00932-PHX-JAT |
|---|---|
| Plaintiff, | **I N F O R M A T I O N** |
| vs. | VIO: 18 U.S.C. §§ 2252(a)(4)(B), 2252(b)(2) and 2256 (Possession of Child Pornography) Count 1 |
| Sterling Joseph Raveling, | |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

Between on or about September 23, 2019, through January 28, 2020, in the District of Arizona, and elsewhere, Defendant STERLING JOSEPH RAVELING, did knowingly possess and knowingly access with intent to view, visual depictions that involved the use of a minor engaging in sexually explicit conduct and such visual depictions were of such conduct. The visual depictions possessed and accessed by the defendant were contained on the items listed below. The visual depictions on the items had been mailed, shipped, or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign commerce, and had been produced using materials which had been mailed, shipped, or transported, by any means, including by computer. Some of the visual depictions of minors

engaged in sexually explicit conduct are listed below:

| Item | File Names |
|---|---|
| Google Account associated with email account "sjrmanny@gmail.com" | 1. PTHC Pedo NEW Childporn Private Daughter Torpedo Ranchi Lolita - Melinda_128276367915_onionib.jpg<br>2. 22.bmp |
| Dropbox Account associated with email account "sjrmanny@gmail.com" | 1. 43.jpg<br>2. sexibl_Littly_024.jpg |
| Mega Account associated with email account "sjrmanny@gmail.com" | 1. fc509a67-128f-474a-9864-d2568b539d3f.mp4<br>2. Video 8-5-15, 6 23 31 PM.mp4 |
| Apple Laptop s/n CO2LJMB3FD57 | 1. 0oWkyL8lBUXYMRNgAHKQQXvycXP7hpQeA6OgnXrUDY~01.png<br>2. Momjackstoddlerdick.mp4 |
| Apple iPad s/n DMPQTIHSFLMK | 1. 249675d27cab8191f33fbbcfc5e4fa38c485c277_files_partial-afu.zip_embedded_3194.png<br>2. 249675d27cab8191f33fbbcfc5e4fa38c485c277_files_partial-afu.zip_embedded_3226.png |

In violation of Title 18, United States Code, Sections 2252(a)(4)(B), (b)(2), and 2256.

Dated this 27th day of June, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

GAYLE HELART  *Digitally signed by GAYLE HELART Date: 2022.06.24 07:03:46 -07'00'*

GAYLE L. HELART
LEIGHANN M. THOMAS
Assistant United States Attorneys